IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RICHTER, JEANETAMARIE ANDERSON, NICOLE JAMES, JAMAAL JOSEPH, BRIAN LOVELESS, LORI WEBSTER-BRUNO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONERS, LLC, AUTOZONE STORES, INC., AUTOZONE PARTS, INC., and AUTOZONE, INC., <br><br> Defendants. | CV 22–47–M–DLC <br><br><br> ORDER |

Before the Court are four motions for admission *pro hac vice*. (Docs. 15–18.) The decision whether to grant or deny a motion for admission *pro hac vice* rests solely within the Court's discretion. L.R. 83.1(d)(5). The Court will deny the motions, subject to renewal.

Absent exceptional circumstances, which are not present in this case, this Court generally limits each party to two *pro hac vice* appearances. Other attorneys not admitted to practice in this District may, of course, assist in working on the case, but only two *pro hac vice* attorneys may appear as counsel of record in addition to local counsel. As such, the Court will deny the motions, subject to

1

renewal, upon clarification from Defendants regarding which two attorneys seeking *pro hac vice* admission wish to appear as counsel of record in this matter.

Accordingly, IT IS ORDERED that the motions (Docs. 15–18) are DENIED, subject to renewal.

DATED this 15th day of June, 2022.

_____
Dana L. Christensen, District Judge
United States District Court