IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RICHTER, JEANETAMARIE ANDERSON, NICOLE JAMES, JAMAAL JOSEPH, BRIAN LOVELESS, LORI WEBSTER-BRUNO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONERS, LLC, AUTOZONE STORES, INC., AUTOZONE PARTS, INC., and AUTOZONE, INC. <br><br> Defendants. | CV 22–47–M–DLC <br><br><br> ORDER |

Defendants AutoZoners, LLC, AutoZone Stores, Inc., AutoZone Parts, Inc., and AutoZone, Inc. move for the admission of Michael L. Lucas and K. Bryance Metheny to practice before this Court in this case, with Robert C. Lukes and Elijah L. Inabnit of Garlington, Lohn & Robinson, PLLP, to act as local counsel. (Doc. 15.) Mr. Lucas's and Mr. Metheny's applications comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 20) is GRANTED on the condition that Mr. Lucas and Mr. Metheny each does his own work. This means that each must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. If they have not already done

1

so, Mr. Lucas and Mr. Metheny shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless each of Mr. Lucas and Mr. Metheny files a separate pleading acknowledging his admission under the terms set forth above within fifteen days of this Order.

DATED this 6th day of July, 2022.

Dana L. Christensen, District Judge
United States District Court