IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RICHTER, JEANETAMARIE ANDERSON, NICOLE JAMES, JAMAAL JOSEPH, BRIAN LOVELESS, LORI WEBSTER-BRUNO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOZONERS, LLC, AUTOZONE STORES, INC., AUTOZONE PARTS, INC., and AUTOZONE, INC. <br><br> Defendants. | CV 22–47–M–DLC <br><br><br> ORDER |

Defendants AutoZoners, LLC, AutoZone Stores, Inc., AutoZone Parts, Inc., and AutoZone, Inc. move for the admission of Amy J. Wilkes to practice before this Court in this case for the limited purpose of taking and/or defending depositions in this case, with Robert C. Lukes and Elijah L. Inabnit of Garlington, Lohn & Robinson, PLLP, to act as local counsel. (Doc. 45.) Ms. Wilkes' application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3). Plaintiffs do not object. (Doc. 45 at 4.)

Accordingly, IT IS ORDERED that the motion (Doc. 45) is GRANTED. Ms. Wilkes is granted admission *pro hac vice* for the limited purpose of taking and/or defending depositions in this case.

1

DATED this 6th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court