IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| RANDY RICHTER, JEANETAMARIE ANDERSON, NICOLE JAMES, JAMAAL JOSEPH, BRIAN LOVELESS, LORI WEBSTER-BRUNO, on behalf of themselves and other persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>AUTOZONERS, LLC, AUTOZONE STORES, INC., AUTOZONE PARTS, INC., and AUTOZONE, INC.<br><br>        Defendants. | CV 22–47–M–DLC<br><br>ORDER |

Before the Court is the Parties' Joint Motion to Dismiss Opt-In Plaintiffs. (Doc. 60.) Through the Motion, the Parties request that the Court dismiss Opt-In Plaintiffs Jeffrey Bickenheuser, Lynn Dickerson, Blake Fries, Michael Galles, Rhonda Sanburn, Samantha Thoms, Joseph Young, Timothy Hancock, and Michael Desind due to these Opt-In Plaintiffs' failure to prosecute their claims or comply with the applicable rules or orders. (*Id.* at 4–5.) The Court agrees dismissal of these individual Opt-In Plaintiffs is appropriate.

Accordingly, IT IS ORDERED that the Motion (Doc. 60) is GRANTED. Jeffrey Bickenheuser, Lynn Dickerson, Blake Fries, Michael Galles, Rhonda

1

Sanburn, Samantha Thoms, Joseph Young, Timothy Hancock, and Michael Desind are DISMISSED from the above-captioned matter.

DATED this 22nd day of October, 2024.

_____
Dana L. Christensen, District Judge
United States District Court