IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

RANDY RICHTER, JEANETAMARIE ANDERSON, NICOLE JAMES, JAMAAL JOSEPH, BRIAN LOVELESS, LORI WEBSTER-BRUNO, et al.,

Plaintiffs,

v.

AUTOZONERS, LLC, AUTOZONE STORES, INC., AUTOZONE PARTS, INC., and AUTOZONE, INC.,

Defendants.

CV 22–47–M–DLC

ORDER

Before the Court is the Parties' joint Stipulation for Dismissal with Prejudice. (Doc. 162.) The Parties agree that the action shall be dismissed with prejudice and that each party shall be responsible for their own attorney fees and costs. (Doc. 162.)

Accordingly, IT IS ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE with each party bearing their own attorney fees and costs.

DATED this 8th day of September, 2026.

Dana L. Christensen, District Judge
United States District Court